IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WAYNE BAKER,

    Plaintiff,

v.                                    CIVIL ACTION NO.: CV513-033

GILLERMO DELGADO and
CHAD COLE,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED** in part, **DENIED** in part, and **DISMISSED** as moot in part. Defendants' Motion is **granted** as to Defendant Chad Cole and he is **dismissed** as a named Defendant. Defendants' Motion is **denied** as to Defendant Delgado. Defendants' Motion seeking dismissal of Defendants Goodrich and Miles is **dismissed** as moot.

SO ORDERED, this 23 day of May, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)